**RECEIVED**
FEB 09 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 3:21-cr-18 |
| | ) |
| v. | ) **INDICTMENT** |
| | ) |
| KALEB ALAN SHANNAN, | ) T. 18 U.S.C. § 922(g)(1) |
| | ) T. 18 U.S.C. § 924(a)(2) |
| Defendant. | ) T. 18 U.S.C. § 924(d) |
| | ) T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Felon in Possession of Ammunition)

That on or about November 2, 2020, in the Southern District of Iowa, the defendant, KALEB ALAN SHANNAN, in and affecting commerce, knowingly possessed ammunition, namely: four rounds of Ammo Inc. brand, nine-millimeter Luger, center-fire, ammunition. At the time of the offense, defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

That upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, KALEB ALAN SHANNAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all magazines and ammunition involved in the commission of said offense, including, the ammunition, identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Amanda W. Searle
Assistant United States Attorney